# **EXHIBIT A**

**BD Laplace, LLC**
**Case #19-12153**
**Exhibit A - Steel & Pipe Supply**

| Invoice Number | Invoice Date | Invoice Amount |
|---|---:|---:|
| Credit Memo | 10/4/2019 | $ (357,381.35) |
| 1400033757 | 10/23/2019 | $ 349,555.29 |
| 1400035777 | 10/28/2019 | $ 1,291.50 |
| 1400033775 | 10/28/2019 | $ 2,119.58 |
| 90825939 | 11/12/2019 | $ 11,643.59 |
| 90827484 | 12/16/2019 | $ 3,859.20 |
| 90827498 | 12/17/2019 | $ 3,240.00 |
| 90827507 | 12/17/2019 | $ 2,960.00 |
| | **Balance Due** | **$ 17,287.81** |