## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, LLC, *et al.*, <br><br> Debtors. | Chapter 7 <br><br> Case No. 19-12153 (KBO) <br><br> (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> STEEL AND PIPE SUPPLY COMPANY, INC., <br><br> Defendant. | Adv. Proc. No. 21-50240 (KBO) |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME

The Court having considered the Stipulation for Second Extension of Time for Defendant Steel and Pipe Supply Company, Inc. (the "Defendant") to Respond to the Complaint ("Stipulation") between Plaintiff George L. Miller, Chapter 7 Trustee, and Defendant, attached hereto as Exhibit A; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined no further notice of the Stipulation must be given; it is hereby,

ORDERED that the time within which Defendants must answer or otherwise respond to the Complaint shall be extended through and including May 12, 2021.

**Dated: March 31st, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**