# **EXHIBIT A**

Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>STEEL AND PIPE SUPPLY COMPANY, INC.,<br><br>Defendant. | Adv. Proc. No. 21-50240 (KBO) |

## STIPULATION GRANTING DEFENDANT
## STEEL AND PIPE SUPPLY COMPANY, INC.
## EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Steel and Pipe Supply Company, Inc. (the "Defendant") and George L. Miller, Chapter 7 Trustee for the estate of Bayou Steel BD Holdings, LLC (the "Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The time by which Defendants may answer, respond, or otherwise plead to Plaintiff's Complaint [Adv. D.I. 1] is hereby further extended from June 9, 2021 to, through and including, June 30, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

2

2. Defendants reserve all substantive and procedural defenses and response as to all matters, including but not limited to, service of process and jurisdiction.

Dated: June 8, 2021

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>By: */s/ Peter J. Keane*<br>Bradford S. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Tel: (302) 652-4100<br>Fax: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>      acaine@pszjlaw.com<br>      pkeane@pszjlaw.com<br><br>*Counsel for Trustee* | **MORRIS JAMES LLP**<br><br>By: */s/ Sarah M. Ennis*<br>Eric J. Monzo (DE Bar No. 5214)<br>Douglas N. Candeub (DE Bar No. 4211)<br>Sarah M. Ennis (DE Bar No. 5745)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Tel: (302) 888-5848<br>Fax: (302) 504-3953<br>Email: emonzo@morrisjames.com<br>      dcandeub@morrisjames.com<br>      sennis@morrisjames.com<br><br>*Counsel for Defendant Steel and Pipe Supply Company, Inc.* |