# **<u>EXHIBIT 1</u>**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Adv. Proc. No. 21-50240 (KBO) |
| Plaintiff, | |
| vs. | **Re: Docket No. ____** |
| STEEL AND PIPE SUPPLY COMPANY, INC., | |
| Defendant. | |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME

The Court having considered the Stipulation for Second Extension of Time for Defendant Steel and Pipe Supply Company, Inc. (the "Defendant") to Respond to the Complaint ("Stipulation") between Plaintiff George L. Miller, Chapter 7 Trustee, and Defendant, attached hereto as Exhibit A; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined no further notice of the Stipulation must be given; it is hereby,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

ORDERED that the time within which Defendants must answer or otherwise respond to the Complaint shall be extended through and including July 14, 2021.

# **EXHIBIT A**

Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Adv. Proc. No. 21-50240 (KBO) |
| Plaintiff, | |
| vs. | |
| STEEL AND PIPE SUPPLY COMPANY, INC., | |
| Defendant. | |

## STIPULATION GRANTING DEFENDANT
## STEEL AND PIPE SUPPLY COMPANY, INC.
## <u>EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD</u>

Steel and Pipe Supply Company, Inc. (the "<u>Defendant</u>") and George L. Miller, Chapter 7

Trustee for the estate of Bayou Steel BD Holdings, LLC (the "<u>Plaintiff</u>"), by and through their

undersigned counsel, hereby stipulate and agree as follows:

1.     The time by which Defendants may answer, respond, or otherwise plead to

Plaintiff's Complaint [Adv. D.I. 1] is hereby further extended from June 30, 2021 to, through and

including, July 14, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

2.       Defendants reserve all substantive and procedural defenses and response as to all matters, including but not limited to, service of process and jurisdiction.

Dated: June 28, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Peter J. Keane*
Bradford S. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: bsandler@pszjlaw.com
       acaine@pszjlaw.com
       pkeane@pszjlaw.com

*Counsel for Trustee*

**MORRIS JAMES LLP**

By: */s/ Sarah M. Ennis*
Eric J. Monzo (DE Bar No. 5214)
Douglas N. Candeub (DE Bar No. 4211)
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-5848
Fax: (302) 504-3953
Email: emonzo@morrisjames.com
       dcandeub@morrisjames.com
       sennis@morrisjames.com

*Counsel for Defendant Steel and Pipe Supply Company, Inc.*