# **EXHIBIT A**

Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al*.,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al*., | Adv. Proc. No. 21-50240 (KBO) |
| Plaintiff, | |
| vs. | |
| STEEL AND PIPE SUPPLY COMPANY, INC., | |
| Defendant. | |

**STIPULATION GRANTING DEFENDANT
STEEL AND PIPE SUPPLY COMPANY, INC.
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Steel and Pipe Supply Company, Inc. (the "Defendant") and George L. Miller, Chapter 7 Trustee for the estate of Bayou Steel BD Holdings, LLC (the "Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.     The time by which Defendants may answer, respond, or otherwise plead to Plaintiff's Complaint [Adv. D.I. 1] is hereby further extended from July 14, 2021 to, through and including, August 4, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

2.      Defendants reserve all substantive and procedural defenses and response as to all matters, including but not limited to, service of process and jurisdiction.

Dated: July 14, 2021

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **MORRIS JAMES LLP** |
| By: */s/ Peter J. Keane* | By: */s/ Sarah M. Ennis* |
| Bradford S. Sandler (DE Bar No. 4142) | Eric J. Monzo (DE Bar No. 5214) |
| Andrew W. Caine (CA Bar No. 110345) | Douglas N. Candeub (DE Bar No. 4211) |
| Peter J. Keane (DE Bar No. 5503) | Sarah M. Ennis (DE Bar No. 5745) |
| 919 North Market Street, 17th Floor | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 8705 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | Tel: (302) 888-5848 |
| Tel: (302) 652-4100 | Fax: (302) 504-3953 |
| Fax: (302) 652-4400 | Email: emonzo@morrisjames.com |
| Email: bsandler@pszjlaw.com |       dcandeub@morrisjames.com |
|       acaine@pszjlaw.com |       sennis@morrisjames.com |
|       pkeane@pszjlaw.com | |
| | *Counsel for Defendant Steel and Pipe Supply Company, Inc.* |
| *Counsel for Trustee* | |