# **EXHIBIT A**

Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Adv. Proc. No. 21-50240 (KBO) |
| Plaintiff, | |
| vs. | |
| STEEL AND PIPE SUPPLY COMPANY, INC., | |
| Defendant. | |

## STIPULATION GRANTING DEFENDANT
## STEEL AND PIPE SUPPLY COMPANY, INC.
## <u>EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD</u>

Steel and Pipe Supply Company, Inc. (the "<u>Defendant</u>") and George L. Miller, Chapter 7 Trustee for the estate of Bayou Steel BD Holdings, LLC (the "<u>Plaintiff</u>"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      The time by which Defendants may answer, respond, or otherwise plead to Plaintiff's Complaint [Adv. D.I. 1] is hereby further extended from August 4, 2021 to, through and including, September 1, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

2.      Defendants reserve all substantive and procedural defenses and response as to all matters, including but not limited to, service of process and jurisdiction.

Dated: August 2, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Peter J. Keane*
Bradford S. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: bsandler@pszjlaw.com
        acaine@pszjlaw.com
        pkeane@pszjlaw.com

*Counsel for Trustee*

**MORRIS JAMES LLP**

By: */s/ Sarah M. Ennis*
Eric J. Monzo (DE Bar No. 5214)
Douglas N. Candeub (DE Bar No. 4211)
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-5848
Fax: (302) 504-3953
Email: emonzo@morrisjames.com
        dcandeub@morrisjames.com
        sennis@morrisjames.com

*Counsel for Defendant Steel and Pipe Supply Company, Inc.*

2