# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Adv. Proc. No. 21-50240 (KBO) |
| Plaintiff, | |
| vs. | |
| STEEL AND PIPE SUPPLY COMPANY, INC., | |
| Defendant. | |

## DEFENDANT'S MOTION TO DISMISS
## COUNTS TWO THROUGH SIX OF THE COMPLAINT

Steel and Pipe Supply Company, Inc. ("SPS" or "Defendant"), by and through its undersigned counsel, respectfully moves this Court for an order dismissing Counts Two through Six of the sic-count Complaint filed against it by George L. Miller, Chapter 7 Trustee for the estate of Bayou Steel BD Holdings, LLC ("Trustee" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012, for failure to state a claim upon which relief may be granted. In addition, SPS moves to dismiss Count Four pursuant to Federal Rules of Civil Procedure 12(b)(1) and Bankruptcy Rule 70012, based on the Trustee's lack of standing and, accordingly, the Court's lack of subject matter jurisdiction.

---

[1] The three Debtors in these cases are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company, BD Bayou Steel Investment, LLC, a Delaware limited liability company, and BD LaPlace, LLC, a Delaware limited liability company.

13052778/1

Support for this motion is set forth in the accompanying Brief in Support of this Motion to Dismiss, together with the Declaration of Pamela Jager, the Declaration of Daniel Lay, and the other Exhibits (consisting of the Complaint and various filings in the Bankruptcy Case) attached with the Brief,

                                                Respectfully submitted,

Dated: September 1, 2021                /s/ Douglas N. Candeub
                                              Eric J. Monzo (DE Bar No. 5214)
                                              Douglas N. Candeub (DE Bar No. 4211)
                                              Sarah M. Ennis (DE Bar No. 5745)
                                              **MORRIS JAMES LLP**
                                              500 Delaware Avenue, Suite 1500
                                              Wilmington, DE 19801
                                              Tel: (302) 888-5848
                                              Fax: (302) 504-3953
                                              Email: emonzo@morrisjames.com
                                                             dcandeub@morrisjames.com
                                                             sennis@morrisjames.com

                                             *Counsel for Defendant Steel and Pipe Supply Company, Inc.*