## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Adv. Proc. No. 21-50240 (KBO) |
| Plaintiff, | |
| vs. | |
| STEEL AND PIPE SUPPLY COMPANY, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2021, I caused to be served a true and correct copy of the *Defendant's Motion to Dismiss Counts Two Through Six of the Complaint* [Docket No. 19] and *Defendant Steel and Pipe Supply Company, Inc.'s Brief in Support of Motion to Dismiss Counts Two Through Six of the Complaint* [Docket No. 20] upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail on the parties listed on the attached service list.

*/s/* Douglas N. Candeub
Douglas N. Candeub (DE Bar No. 4211)

---

[1] The three Debtors in these cases are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company, BD Bayou Steel Investment, LLC, a Delaware limited liability company, and BD LaPlace, LLC, a Delaware limited liability company.

13089487/1

**SERVICE LIST**

Bradford J. Sandler
Andrew W. Caine
Peter J. Keane
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Email: bsandler@pszjlaw.com
Email: acaine@pszjlaw.com
Email: pkeane@pszjlaw.com

13089487/1