# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 19-12153 (KBO) <br><br> (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> STEEL AND PIPE SUPPLY COMPANY, INC., <br><br> Defendant. | Adv. Proc. No. 21-50240 (KBO) <br><br><br> **Re: Adv. Docket No. 19** |

## REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS COUNTS TWO THROUGH SIX OF COMPLAINT

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court"), Plaintiff George Miller, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors") hereby requests that the Court permit oral argument on the *Defendant's Motion to Dismiss Counts Two through Six of Trustee's Complaint* (the "Motion") [Adv. Docket No. 19].

The Plaintiff respectfully submits that oral argument may aid the decisional process.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

2

| | |
|---|---|
| Dated:  October 5, 2021 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*_____<br>Bradford J. Sandler (Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Peter J. Keane (Bar No. 5503)<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>E-mail:  bsandler@pszjlaw.com<br>            acaine@pszjlaw.com<br>            pkeane@pszjlaw.com<br><br>Counsel to the Plaintiff/Chapter 7 Trustee |