# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br>vs.<br><br>STEEL AND PIPE SUPPLY COMPANY, INC.,<br><br>Defendant. | Adv. Proc. No. 21-50240 (KBO) |

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to Del. Bankr. L.R. 7007-4, defendant Steel and Pipe Supply Company, Inc. hereby advises the Court that briefing on its Motion to Dismiss Counts Two Through Six of the Complaint [Adv. Docket No. 19] (the "Motion to Dismiss") is complete. The following are all the pleadings relevant to the Motion to Dismiss.

1. Complaint for Breach of Contract, Account Stated, Goods Sold and Delivered, Improper Setoff and Avoidance and Recovery of Unauthorized Post-Petition Transfers [Adv. Docket No. 1, 3/8/2021]

2. Defendant Steel and Pipe Supply Company, Inc.'s Motion to Dismiss Counts Two Through Six of the Complaint [Adv. Docket No. 19, 9/1/2021]

3. Defendant Steel and Pipe Supply Company, Inc.'s Brief in Support of Motion to Dismiss Counts Two Through Six of the Complaint [Adv. Docket No. 20, 9/1/2021], *including*:

    Exhibit A: The Complaint [Adv. D.I. 20-1];

    Exhibit B: Declaration of Pamela Jager in Support of Steel and Pipe Supply Company's Motion to Dismiss Complaint, *together with* Exhibits 1 through 5 thereto [Adv. D.I. 20-2]:

---

[1] The Debtors are Bayou Steel BD Holdings, L.L.C., BD Bayou Steel Investment, LLC, and BD LaPlace, LLC.

13149453/1

    Ex. 1:  Sample SPS Purchase Order no. 4500336721;

    Ex. 2:  Sample Bayou Steel Order Acknowledgement for P.O. 4500336721;

    Ex. 3:  2019 Rebate Program Agreement;

    Ex. 4:  Bayou Steel's Account Statement for SPS, dated 01/13/2020;

    Ex 5:  Emails from representatives of the Trustee, transmitting Bayou Steel's Account Statement for SPS.

  Exhibit C: Declaration of Daniel Lay in Support of Steel and Pipe Supply Company's Motion to Dismiss Complaint, *together with* <u>Exhibits A through F</u> thereto [Adv. D.I. 20-3];

    Ex. A(1): Sample SPS Purchase Order no. 4500336476;

    Ex. A(2): Sample Bayou Steel Order Acknowledgement for P.O. 4500336476;

    Ex. B:  2019 Rebate Program Agreement;

    Ex. C:  Interim Order Authorizing the Debtors to Maintain and Administer Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto;

    Ex. D:  Quarterly Rebate Credit Note dated Oct. 4, 2019;

    Ex. E:  Partial Annual Rebate Credit Note, dated Oct. 4, 2019;

    Ex. F:  Partial Annual Rebate Credit Note, dated Dec. 5, 2019.

  Exhibit D: Interim Order (D.I. 50) and Final Order (D.I. 184) Authorizing the Debtors to Maintain and Administer Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto [Adv. D.I. 20-4];

  Exhibit E: Asset Purchase Agreement, Exhibit 1 to the Court's Order approving the sale of substantially all the debtors' assets (D.I. 371-1) [Adv. D.I. 20-5]; and

  Exhibit F: Excerpts from Debtors' Oct. 2019 MOR (D.I. 277) [Adv. D.I. 20-6].

4. Plaintiff Chapter 7 Trustee's Brief in Opposition to Defendant's Motion to Dismiss Counts Two Through Six of the Complaint [Adv. Docket No. 22, 9/21/2021], including:

  Exhibit A: Final Order Authorizing the Debtors to Maintain and Administer Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto (D.I. 184) [Adv. D.I. 22-1]; and

  Exhibit B: Certification of Counsel Regarding Final Order Authorizing the Debtors to Maintain and Administer Existing Customer Programs and Honor Certain Prepetition Obligations (D.I. 168) [Adv. D.I. 22-2].

5. Defendant Steel and Pipe Supply Company, Inc.'s Reply Brief in Support of Motion to Dismiss Counts Two Through Six of the Complaint [Adv. Docket No. 23, 9/28/2021]; and

6.    Plaintiff's Request for Oral Argument on Defendant's Motion to Dismiss Counts Two Through Six of Complaint [Adv. Docket No. 24, 10/5/2021]

| | |
|---|---|
| Dated: October 5, 2021 | */s/* Douglas N. Candeub<br>Eric J. Monzo (DE Bar No. 5214)<br>Douglas N. Candeub (DE Bar No. 4211)<br>Sarah M. Ennis (DE Bar No. 5745)<br>**MORRIS JAMES LLP**<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Tel: (302) 888-5800<br>Fax: (302) 504-3953<br>Email: emonzo@morrisjames.com<br>dcandeub@morrisjames.com<br>sennis@morrisjames.com<br><br>*Counsel for Defendant Steel and Pipe Supply Company, Inc.* |