**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Bayou Steel BD Holdings, L.L.C., *et al.*,[1] | ) | Case No. 19-12153 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 21-50240 (KBO) |
| v. | ) | |
| | ) | |
| Steel and Pipe Supply Company, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER REGARDING DEFENDANT'S MOTION TO DISMISS
COUNTS TWO THROUGH SIX OF THE COMPLAINT**

Upon consideration of the *Defendant's Motion to Dismiss Counts Two Through Six of the Complaint* [Adv. D.I. 19] (the "Motion to Dismiss") and all briefing filed and argument presented in support of and in opposition to the Motion to Dismiss; it is hereby **ORDERED** that, for the reasons set forth on the record at the January 13, 2022 hearing:

1. Counts 5 and 6 of the Complaint are dismissed with leave to amend.

2. All other relief requested in the Motion to Dismiss is denied.

Dated: January 13, 2022

*/s/ Karen B. Owens*
KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).