# **<u>EXHIBIT A</u>**

|   | A | B | C |
|---|---|---|---|
| 1 | **BD Laplace, LLC** | | |
| 2 | **Case #19-12153** | | |
| 3 | **Exhibit A - Steel & Pipe Supply** | | |
| 4 | | | |
| 5 | | | |
| 6 | **Invoice Number** | **Invoice Date** | **Invoice Amount** |
| 7 | Credit Memo | 10/4/2019 | $ (357,381.35) |
| 8 | 1400033757 | 10/23/2019 | $ 349,555.29 |
| 9 | 1400035777 | 10/28/2019 | $ 1,291.50 |
| 10 | 1400033775 | 10/28/2019 | $ 2,119.58 |
| 11 | 90825939 | 11/12/2019 | $ 11,643.59 |
| 12 | 90827484 | 12/16/2019 | $ 3,859.20 |
| 13 | 90827498 | 12/17/2019 | $ 3,240.00 |
| 14 | 90827507 | 12/17/2019 | $ 2,960.00 |
| 15 | | **Balance Due** | **$ 17,287.81** |