# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>STEEL AND PIPE SUPPLY COMPANY, INC.,<br><br>Defendant. | Adv. Proc. No. 21-50240 (KBO) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 20th day of January, 2022, I caused a copy of the following documents to be served on the parties listed below via First Class Mail.

- **First Amended Complaint For Breach Of Contract, Account Stated, Goods Sold And Delivered, Improper Setoff And Avoidance And Recovery Of Unauthorized Post-Petition Transfers [Adv. Docket No. 30];**
- **Summons and Notice of Pretrial Conference [Adv. Docket No. 31]**

| | |
|---|---|
| STEEL AND PIPE SUPPLY CO<br>ATTN: JIM KERKVLIET, PRESIDENT<br>555 POYNTZ AVE STE 122<br>MANHATTAN, KS  66502 | COGENCY GLOBAL INC.,<br>REGISTERED AGENT FOR STEEL PIPE AND SUPPLY CO.<br>2101 SW 21ST STREET<br>TOPEKA, KS  66604 |

Dated:  January 20, 2022        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail: pkeane@pszjlaw.com

*Counsel to the Plaintiff*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).