# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Adv. Proc. No. 21-50240 (KBO) |
| Plaintiff, | |
| vs. | |
| STEEL AND PIPE SUPPLY COMPANY, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2022, I caused to be served a true and correct copy of the *Defendant's Motion (1) To Dismiss Counts Five and Six of the Amended Complaint, and (2) For More Definite Statement as to Counts One Through Four of the Amended Complaint* and *Defendant Steel and Pipe Supply Company, Inc.'s Brief in Support of its Motion (1) To Dismiss Counts Five and Six of the Amended Complaint, and (2) For More Definite Statement as to Counts One Through Four of the Amended Complaint* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail on the parties listed on the attached service list.

/s/ Douglas N. Candeub
Douglas N. Candeub (DE Bar No. 4211)

---

[1] The three Debtors in these cases are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company, BD Bayou Steel Investment, LLC, a Delaware limited liability company, and BD LaPlace, LLC, a Delaware limited liability company.

13452892.v1

## SERVICE LIST

Bradford J. Sandler
Andrew W. Caine
Peter J. Keane
Pachulski Stang Young & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Email: bsandler@pszjlaw.com
Email: acaine@pszjlaw.com
Email: pkeane@pszjlaw.com

*Counsel to Plaintiff*

13452892.v1