# EXHIBIT "A"

**From:** John Reynolds <jreynolds@mctllp.com>
**Sent:** Wednesday, May 6, 2020 9:51 AM
**To:** Pamela Jager <Pamela.Jager@spsci.com>
**Subject:** FW: Bayou Steel Group - Steel & Pipe Supply Co.


**[WARNING: EXTERNAL EMAIL]** This email originated outside of the company. USE CAUTION WHEN REPLYING, OPENING ATTACHMENTS, AND CLICKING LINKS.

**[ADVERTENCIA: CORREO ELECTRÓNICO EXTERNO]** Este correo electrónico se originó fuera de la empresa. TENGA PRECAUCIÓN AL RESPONDER, ABRIR ACCESORIOS Y HACER CLIC EN LOS ENLACES.

Pamela:

I am sorry I attached the incorrect file to my previous email.  Please disregard that.  I was provided your email address after speaking with a co-worker of yours.  In furtherance of that call, attached are the open invoices owed to Bayou Steel Group.  The Debtor records indicate an open balance due in the amount of $17,287.81.  If you agree, please remit either a check made payable to "Bayou Steel Group"  and deliver to my attention at the address below or wire the funds in accordance with the attached instructions.  If you disagree, please provide an explanation including supporting documentation for your position.

Thank you for your anticipated cooperation.


**JACK REYNOLDS**
*Senior Accountant*
Miller Coffey Tate LLP
1628 JFK Blvd., Suite 950, Philadelphia, PA 19103

Tel: 215-561-0950 ext. 35
Fax: 215-561-0330

jreynolds@mctllp.com



# Account Statement

40005635

| Bill To | From | Remit To |
|---|---|---|
| STEEL & PIPE SUPPLY<br>PO Box 1688<br>MANHATTAN KS  66505-1688<br>USA | Bayou Steel Group<br>138  Highway 3217<br>LAPLACE LA  70068<br>USA | Bayou Steel Group<br>BD LaPlace LLC<br>PO Box 843767<br>DALLAS TX  75284-2756<br>USA |

| Account number | Statement date | Currency |
|---|---|---|
| 40005635 | 01/13/2020 | USD |

| Date | Invoice N° | Reference N° | Description | Due Date | Amount |
|---|---|---|---|---|---|
| 10/04/2019 | 93023846 | 0093023846 | Credit memo | 10/04/2019 | 357,381.35- |
| 10/23/2019 | 1400033757 | ACH 10-23 | Payment | 11/03/2019 | 349,555.29 |
| 10/28/2019 | 1400033775 | ACH 10-28-19 | Payment | 11/13/2019 | 1,291.50 |
| 10/28/2019 | 1400033775 | ACH 10-28-19 | Payment | 11/13/2019 | 2,119.58 |
| 11/12/2019 | 90825939 | 0081044090 | Invoice | 12/12/2019 | 11,643.59 |
| 12/16/2019 | 90827484 | 0081045726 | Invoice | 01/15/2020 | 3,859.20 |
| 12/17/2019 | 90827498 | 0081045728 | Invoice | 01/16/2020 | 3,240.00 |
| 12/17/2019 | 90827507 | 0081045727 | Invoice | 01/16/2020 | 2,960.00 |

|  | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | 121+ Days | Total amount due |
|---|---|---|---|---|---|---|
| Products | 10,059.20 |  | 364,609.96 | 357,381.35- |  | 17,287.81 |

If you have any questions or comments, please correspond with :
Brian Verrette | Credit & Risk Manager | T .1.985.652.0331 | brian.verrette@bayousteel.com

Page 1 / 1