# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>STEEL AND PIPE SUPPLY COMPANY, INC.,<br><br>　　　　　Defendant. | Adv. Proc. No. 21-50240 (KBO) |

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to Del. Bankr. L.R. 7007-4, defendant Steel and Pipe Supply Company, Inc. ("SPS") hereby advises the Court that briefing on *Defendant's Motion (1) To Dismiss Counts Five and Six of the Amended Complaint, and (2) For More Definite Statement as to Counts One Through Four of the Amended Complaint* [Adv. Docket No. 35] (the "Motion") is complete. The following are all the pleadings relevant to the Motion.

1. First Amended Complaint for Breach of Contract, Account Stated, Goods Sold and Delivered, Improper Setoff and Avoidance and Recovery of Unauthorized Post-Petition Transfers [Adv. Docket No. 30, 1/19/2022]

2. Defendant's Motion (1) To Dismiss Counts Five and Six of the Amended Complaint, and (2) For More Definite Statement as to Counts One Through Four of the Amended Complaint [Adv. Docket No. 35, 2/9/2022]

3. Defendant Steel and Pipe Supply Company, Inc.'s Brief in Support of its Motion (1) To Dismiss Counts Five and Six of the Amended Complaint, and (2) For More Definite Statement as to Counts One Through Four of the Amended Complaint [Adv. Docket No. 36, 2/9/2022], *including*, as exhibits:

---

[1] The Debtors are Bayou Steel BD Holdings, L.L.C., BD Bayou Steel Investment, LLC, and BD LaPlace, LLC.

    Exhibit A:  The First Amended Complaint [Adv. D.I. 36-1];

    Exhibit B:  The Original Complaint [Adv. D.I. 36-2];

    Exhibit C:  Account Statement [Adv. D.I. 36-3]; and

    Exhibit D:  Transcript Excerpt from Jan. 13, 2022, Hearing [Adv. D.I. 36-4].

4. Chapter 7 Trustee's Brief in Opposition to Defendant's Motion to Dismiss Counts Five and Six and for a More Definite Statement as to Counts One Through Four of the Amended Complaint [Adv. Docket No. 39, 3/152022]

5. Defendant Steel and Pipe Supply Company, Inc.'s Reply n Support Oof Its Motion (1) To Dismiss Counts Five and Six of the Amended Complaint, and (2) For More Definite Statement as to Counts One Through Four of the Amended Complaint [Adv. Docket No. 41, 4/1/2022].

Dated: April 11, 2022

*/s/* Douglas N. Candeub
Eric J. Monzo (DE Bar No. 5214)
Douglas N. Candeub (DE Bar No. 4211)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-5800
Fax: (302) 504-3953
Email: emonzo@morrisjames.com
dcandeub@morrisjames.com

*Counsel for Defendant Steel and Pipe Supply Company, Inc.*