# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>                          Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>                          Plaintiff,<br><br>vs.<br><br>STEEL AND PIPE SUPPLY COMPANY, INC.,<br><br>                          Defendant. | Adv. Proc. No. 21-50240 (KBO)<br><br><br><br>**Ref. Adv. Docket No. 38** |

## NOTICE OF COMPLETION OF BRIEFING ON CHAPTER 7 TRUSTEE'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that on March 8, 2021, Plaintiff George Miller, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *Complaint for Breach of Contract, Account Stated, Goods Sold and Delivered, Improper Setoff and Avoidance and Recovery of Unauthorized Post-Petition Transfers* [Adv. Docket No. 1] with the United States Bankruptcy Court for the District of Delaware (the "Court") in the above-captioned adversary proceeding (the "Adversary Proceeding").

PLEASE TAKE FURTHER NOTICE that on January 19, 2022, the Trustee filed the *First Amended Complaint for Breach of Contract, Account Stated, Goods Sold and Delivered,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

*Improper Setoff and Avoidance and Recovery of Unauthorized Post-Petition Transfers* [Adv. Docket No. 30] with the Court.

PLEASE TAKE FURTHER NOTICE that on March 15, 2022, the Trustee filed the *Chapter 7 Trustee's Motion for Leave to File a Second Amended Complaint* [Adv. Docket No. 38] (the "Motion for Leave") in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that all briefing with respect to the Motion for Leave has been completed. Below is a list of all relevant pleadings and respective docket numbers related to the Motion for Leave:[2]

1. *Complaint for Breach of Contract, Account Stated, Goods Sold and Delivered, Improper Setoff and Avoidance and Recovery of Unauthorized Post-Petition Transfers* [Filed 3/8/21] (Adv. Docket No. 1)

2. *First Amended Complaint for Breach of Contract, Account Stated, Goods Sold and Delivered, Improper Setoff and Avoidance and Recovery of Unauthorized Post-Petition Transfers* [Filed 1/19/22] (Adv. Docket No. 30)

3. *Chapter 7 Trustee's Motion for Leave to File a Second Amended Complaint* [Filed 3/15/22] (Adv. Docket No. 38)

4. *Defendant Steel and Pipe Supply Company, Inc.'s Response in Opposition to Plaintiffs Motion for Leave to Amend the First Amended Complaint* [Filed 4/1/22] (Adv. Docket No. 42)

---

[2] The Trustee did not file a reply in support of the Motion for Leave.

| | |
|---|---|
| Dated: April 12, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane*_____<br>Bradford J. Sandler (Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Peter J. Keane (Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>E-mail: bsandler@pszjlaw.com<br>　　　　　acaine@pszjlaw.com<br>　　　　　pkeane@pszjlaw.com<br><br>*Counsel to the Plaintiff/Chapter 7 Trustee* |