# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>STEEL AND PIPE SUPPLY COMPANY, INC.,<br><br>Defendant. | Adv. Proc. No. 21-50240 (KBO) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 11th day of May, 2022, I caused a copy of the following documents to be served on the parties listed below via Electronic Mail.

- **Second Amended Complaint for Breach of Contract, Account Stated, Goods Sold and Delivered, and Breach of Contract and Common Counts- Improper Rebate Application**

MORRIS JAMES LLP
Eric J. Monzo
Douglas N. Candeub
Sarah M. Ennis
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Email: emonzo@morrisjames.com; dcandeub@morrisjames.com; sennis@morrisjames.com
*Counsel for Defendant Steel and Pipe Supply Company, Inc.*


Dated:  May 11, 2022

                                              */s/ Peter J. Keane*
                                              Peter J. Keane (Bar No. 5503)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).